IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JUNE M. KREIZENBECK,

      Plaintiff,                              No. 2:11-cv-00904 GEB KJN PS

      v.

HEWLETT-PACKARD,

      Defendant.                     <u>ORDER</u>

_____/

      The undersigned hereby disqualifies himself from this action pursuant to 28 U.S.C. § 455(b). Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court refer this case to another available United States Magistrate Judge for any further proceedings which may be appropriate or required.

DATED: April 7, 2011

                                                   _____
                                                   KENDALL J. NEWMAN
                                                   UNITED STATES MAGISTRATE JUDGE

1